IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOUNTECH IP LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-867 (MN) |
| | ) |
| MOTOROLA MOBILITY, LLC, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the defendant to move, answer, or otherwise respond to the Complaint is extended through and including December 21, 2020.

THE CHONG LAW FIRM, P.A.

*/s/ Jimmy Chong*

Jimmy Chong (#4389)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
(302) 999-9480
chong@chonglawfirm.com

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant*

SO ORDERED this _____ day of November, 2020.

_____
United States District Judge